| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Matthew Puzdrowski | | |
| Debtor 2 (Spouse, if filing) | Michelle Puzdrowski | | |
| United States Bankruptcy Court for the : Eastern | | District of | Michigan (State) |
| Case number | 17-46586-pjs | | |

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | PROF-2013-S3 Legal Title Trust V, by U.S. Bank National Association, as Legal Title Trustee | **Court claim no.** (if known): | 9 |
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX6951 | **Date of payment change:** Must be at least 21 days after date of this notice | 8/1/2018 |
| | | **New total payment:** Principal, interest, and escrow, if any | $927.09 |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment:     $ 221.48           New escrow payment :     $ 222.05

### Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate note?**

   ☒ No
   ☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:                %           New interest rate:              %
   Current principal and interest payment:    $ _____           New principal and interest payment:    $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:     $ _____           New mortgage payment:     $ _____

| Debtor 1 | **Matthew**    **Puzdrowski** | Case number *(if known)* 17-46586-pjs |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

❋ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** _/s/Maria Tsagaris_      Date _7/3/2018_
   Signature

Print: _Maria_     _Tsagaris_     Title _Authorized Agent_
       First Name    Middle Name    Last Name

Company _McCalla Raymer Leibert Pierce, LLC, Authorized Agent for Fay Servicing, LLC_

Address _1544 Old Alabama Road_
       Number     Street
      _Roswell_      _GA_      _30076_
       City       State       ZIP Code

Contact phone   678-281-6532      Email _Maria.Tsagaris@mccalla.com_

|  | Bankruptcy Case No.: 17-46586-pjs |
|---|---|
| In Re: | Chapter: 13 |
| Matthew Puzdrowski | Judge: Phillip J. Shefferly |
| Michelle Puzdrowski | |

CERTIFICATE OF SERVICE

I, Maria Tsagaris, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Matthew Puzdrowski
30700 Sarah Melisa Drive
New Baltimore, MI 48051

Michelle Puzdrowski
30700 Sarah Melisa Drive
New Baltimore, MI 48051

William D. Johnson                                  (*served via ECF Notification*)
Acclaim Legal Services
8900 East 13 Mile Road
Warren, MI 48093

David Wm Ruskin, Trustee                        (*served via ECF Notification*)
26555 Evergreen Road, Suite 1100
Southfield, MI 48076

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   7/3/2018         By:   */s/Maria Tsagaris*
                  (date)                Maria Tsagaris
                                        Authorized Agent for Fay Servicing, LLC



PO Box 619063
Dallas, TX 75261-9063

MICHELLE M PUZDROWSKI
MATTHEW G PUZDROWSKI
30700 SARAH MELISA DR
CHESTERFIELD MI 48051-3790

# ESCROW ACCOUNT DISCLOSURE STATEMENT

| | |
|---|---|
| Loan Number: | |
| Analysis Date: | 04/21/2018 |
| Customer Service | 1-800-495-7166 |
| Monday-Thursday | 8:00 a.m. to 9:00 p.m. CT |
| Friday | 8:30 a.m. to 5:00 p.m. CT |
| Saturday | 10:00 a.m. to 4:00 p.m. CT |

| | PRESENT PAYMENT | NEW PAYMENT effective 08/01/2018 |
|---|---|---|
| Principal & Interest | $705.04 | $705.04 |
| Escrow Payment | $0.00 | $222.05 |
| Escrow Shortage | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$705.04** | **$927.09** |

## ESCROW ANALYSIS STATEMENT

At least once every 12 months Fay Servicing analyzes your escrow account, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

### UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment: $2,664.57 / 12 months = $222.05.

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next, we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus:
You have a surplus of $5,190.65 because the Projected Low Point (c) of $1,648.06 plus the escrow adjustment* is more than the Required Low Point of $444.10.
*An Escrow Adjustment of $3,986.69, scheduled to be repaid through the bankruptcy, is included in this calculation.
If the surplus is less than $50.00, it will be spread to the low point "the minimum escrow balance required", which could be spread equally up to 12 months and automatically reduce your monthly payment accordingly. Otherwise, if your loan is contractually current, we will send you a check for the surplus amount.

**3. New Monthly Escrow Payment**

| | |
|---|---|
| Principal & Interest | $705.04 |
| Escrow Payment | $222.05 |
| Escrow Shortage | $0.00 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| **Total** | **$927.09** |
| Effective Date | 08/01/2018 |

### PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | 2,980.33 | 1,776.37 |
| Aug-18 | 222.05 | 1,216.09 | CITY/TOWN 1S | 1,986.29 | 782.33 |
| Sep-18 | 222.05 | .00 | | 2,208.34 | 1,004.38 |
| Oct-18 | 222.05 | .00 | | 2,430.39 | 1,226.43 |
| Nov-18 | 222.05 | .00 | | 2,652.44 | 1,448.48 |
| Dec-18 | 222.05 | 611.48 | CITY/TOWN 2N | 2,263.01 | 1,059.05 |
| Jan-19 | 222.05 | 837.00 | HOMEOWNERS I | (c) 1,648.06 | (b) 444.10 |
| Feb-19 | 222.05 | .00 | | 1,870.11 | 666.15 |
| Mar-19 | 222.05 | .00 | | 2,092.16 | 888.20 |
| Apr-19 | 222.05 | .00 | | 2,314.21 | 1,110.25 |
| May-19 | 222.05 | .00 | | 2,536.26 | 1,332.30 |
| Jun-19 | 222.05 | .00 | | 2,758.31 | 1,554.35 |
| Jul-19 | 222.05 | .00 | | 2,980.36 | 1,776.40 |
| **TOTAL** | **$2,664.60** | **(a) $2,664.57** | | | |

### IMPORTANT MESSAGES

Fay Servicing is a debt collector and information you provide will be used to collect a debt. However, if you have filed for bankruptcy we will fully respect any applicable automatic stay, modification or discharge. Further, if you filed Chapter 7 Bankruptcy, received a discharge and this loan was not reaffirmed in the bankruptcy case, we will exercise on in rem rights as allowed under applicable law and will not attempt to collect, recover or offset the discharged debt as your personal liability. If your account is currently included in a Chapter 13 Bankruptcy, the escrow shortage at the time of filing will be spread over the life of the Bankruptcy. Any Shortage for the annual escrow analysis will comply with federal requirements. NMLS ID#88244

# ESCROW ACCOUNT DISCLOSURE STATEMENT

Loan Number: ▮▮▮▮     ACCOUNT HISTORY     Date: 04/21/2018

This is a statement of actual activity in your escrow account from 07/01/2017 through 07/31/2018. This section provides last year's projections and compares it with actual activity.

An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:

- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement.

| MONTH | PAYMENTS PROJECTED | PAYMENTS ACTUAL | | DISBURSEMENTS PROJECTED | DISBURSEMENTS ACTUAL | | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BEGINNING BALANCE | 1,550.34 | -2,657.79 | |
| 07/17 | 221.49 | | | | | | | 1,771.83 | -2,657.79 | |
| 08/17 | 221.49 | | * | 1,209.20 | 1,216.09 | | CITY/TOWN 1S | 784.12 | -3,873.88 | |
| 09/17 | 221.49 | | | | | | | 1,005.61 | -3,873.88 | |
| 10/17 | 221.49 | | | | | | | 1,227.10 | -3,873.88 | |
| 11/17 | 221.49 | 221.48 | | | | | | 1,448.59 | -3,652.40 | |
| 12/17 | 221.49 | | * | 615.59 | 611.48 | | CITY/TOWN 2N | 1,054.49 | -4,263.88 | |
| 01/18 | 221.49 | 249.92 | * | 833.00 | 837.00 | | HOMEOWNERS I | 442.98 | < | -4,850.96 < |
| 02/18 | 221.49 | 249.92 | | | | | | 664.47 | -4,601.04 | |
| 03/18 | 221.49 | | | | | | | 885.96 | -4,601.04 | |
| 04/18 | 221.49 | 6,860.04 | E | | | E | | 1,107.45 | 2,259.00 | |
| 05/18 | 221.49 | 249.92 | E | | | E | | 1,328.94 | 2,508.92 | |
| 06/18 | 221.49 | 249.92 | E | | | E | | 1,550.43 | 2,758.84 | |
| 07/18 | | 221.49 | E | | | E | | 1,550.43 | 2,980.33 | |
| TOTAL | $2,657.88 | $8,302.69 | | $2,657.79 | $2,664.57 | | | | | |